FILED
JAN 17 2018
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

CASE NO. 7:17-cv-00222

DONNA ORNES,

       Claimant

V.

David Landburgh, Et Al
TEXAS ACCEPTANCE

       Defendants

MOTION TO RECONSIDER TO PROCEED *in forma pauperis*.

The petitioner, Donna Ornes is submitting an amended application to be considered for proceeding in forma pauper. Application attached.

Respectfully submitted,

Donna Ornes

CERTIFICATE OF SERVICE

I hereby affirm / certify that on this 17th day of January, 2018, I provided a copy by email and mailed forgoing document by USPS.

Emailed to Attorney:
dsander@sbylaw.com>

Mailed Hardcopy to Attorney:
David Sander
Scanlan, Buckle & Young, P.C.
602 West 11th Street
Austin, Texas 78701

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

Donna Ornes
_____
**Plaintiff/Petitioner**

v.

David Landbaugh & Texas Acceptance
_____
**Defendant/Respondent**

Civil Action No. 7:17-CV 222

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $24,261.50 /yr, and my take-home pay or wages are: $ 20,896.40 per yr
(specify pay period) Jan 1, 2016 - Dec 31, 2017  *See Attached

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment       ☐ Yes    ☒ No
(b) Rent payments, interest, or dividends                ☐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments         ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments        ☐ Yes    ☒ No
(e) Gifts, or inheritances                               ☐ Yes    ☒ No
(f) Any other sources                                    ☐ Yes    ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ 50.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/a

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent $1200   Food $400   Loans 253.00 + 117.00
Auto $603   Meds $39   Utilities $50

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Jordan Ornes - Son
Julius Mason (15) grandson
Isabella Mason (14) granddaughter

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N/a

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 1-17-18

Donna Ornes
*Applicant's signature*

DONNA ORNES
*Printed name*

Donna Ornes

Attachment to Forma Pauperis

1) When the forma pauperis was submitted to the district by claimant, Donna Ornes, submitted that current monthly earnings were $2,227. This was not for every month of 2017.

2) The CO Unemployment form attached shows total amount of wages earned and unemployment earnings for 2017. Earnings for the year fall within the low income for a family of four (4).



# Department of Labor & Employment
Unemployment Benefits

Welcome, DONNA M ORNES  SS# XXX XX 1427.
Your claim status COMPLETED, no further benefits are due to be paid; however, you can file an appeal for an extension for review. There is no guarantee the appeal will be approved as your 13 weeks have been paid.

- MyUI
- Claimant Information

## Current Claim: Payment Information

Click anywhere within a payment row to view the corresponding payment detail.

Click a column heading to sort by the column.

| Benefit Week Ending Date | Payment Request | Date Paid | Gross Amount | Net Amount |
|---|---|---|---|---|
| 12/23/2017 | 12/24/2017 | 12/24/2017 | 568.00 | 568.00 |
| 12/16/2017 | 12/24/2017 | 12/24/2017 | 568.00 | 568.00 |
| 12/09/2017 | 12/11/2017 | 12/11/2017 | 568.00 | 568.00 |
| 12/02/2017 | 12/11/2017 | 12/11/2017 | 568.00 | 568.00 |
| 11/25/2017 | 11/26/2017 | 11/26/2017 | 568.00 | 568.00 |
| 11/18/2017 | 11/26/2017 | 11/26/2017 | 568.00 | 568.00 |
| 11/11/2017 | 11/12/2017 | 11/12/2017 | 568.00 | 568.00 |
| 11/04/2017 | 11/12/2017 | 11/12/2017 | 568.00 | 568.00 |
| 10/28/2017 | 10/30/2017 | 10/30/2017 | 568.00 | 568.00 |
| 10/21/2017 | 10/30/2017 | 10/30/2017 | 500.00 | 500.00 |

| Week Ending | | |
|---|---|---|
| 09/09/2017 | 09/10/2017 | CORRECTED 0.00 0.00 |
| 09/02/2017 | 09/10/2017 | CORRECTED 0.00 0.00 |
| 08/26/2017 | 08/27/2017 | CORRECTED 0.00 0.00 |
| 08/19/2017 | 08/27/2017 | CORRECTED 0.00 0.00 |
| 08/12/2017 | 08/13/2017 | CORRECTED 0.00 0.00 |
| 08/05/2017 | 08/13/2017 | CORRECTED 0.00 0.00 |
| 07/29/2017 | 07/30/2017 | CORRECTED 0.00 0.00 |
| 07/22/2017 | 07/30/2017 | 568.00 568.00 |
| 07/15/2017 | 07/16/2017 | 0.00 0.00 |
| 07/08/2017 | 07/16/2017 | 0.00 0.00 |
| 07/01/2017 | 07/02/2017 | 0.00 0.00 |
| 06/24/2017 | 07/02/2017 | 0.00 0.00 |

2017 Earnings From Employment          16,945.50
2017 Unemployment Total Earnings                    7,316.00

Net Benefit Amount: 568.00
Transaction Number: 0319400
Type of Benefit: Regular Unemployment Benefits
Date Payment Requested: 12/24/2017
Date Paid: 12/24/2017
Reason Paid: Total Payments

Benefit Payment Control



**COLORADO**
Department of
Labor and Employment
Division of Unemployment Insurance

www.colorado.gov/cdle/unemployment